# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Medline Industries, Inc.

                     Plaintiff,

v.                                                    Case No.: 1:17−cv−07216
                                                    Honorable Sara L. Ellis

C.R. Bard, Inc.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 17, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Claim construction hearing held on 12/17/2018. The Court denies Defendant's motion to stay [126] without prejudice. The Court grants Defendant's motion to seal [144]. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.